COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTIONS

Cause number:   01-18-00698-CR

Style:        Ramiro Romero v. State of Texas

Type of motions:        Motions for rehearing and rehearing en banc

Party filing motions:     Appellant


     IT IS ORDERED that the motions for rehearing and for rehearing en banc are **dismissed**.



Judge's signature:   ___/s/ Julie Countiss__


Panel consists of Chief Justice Radack and Justices Lloyd and Countiss.



Date: December 15, 2020